PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JULIAN RAMIREZ,<br>Defendant. | CASE NO. 2:24-CR-00139-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ~~[PROPOSED]~~ FINDINGS AND ORDER<br><br>DATE: November 14, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2024.

2. On October 8, 2024, this matter transferred from the docket of Chief Judge Troy L. Nunley to District Judge Dena M. Coggins. Given the reassignment, all dates previously set were vacated.

3. By this stipulation, defendant now moves to continue the status conference until November 15, 2024, and to exclude time between October 9, 2024, and November 15, 2024, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case

includes investigative reports and related documents in electronic form including over 1,800 pages of documents, numerous photographs, and multiple body-worn camera recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 9, 2024 to November 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\

\\\

\\\

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated: October 9, 2024

/s/ MIA CRAGER
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
JULIAN RAMIREZ

IT IS SO ORDERED.

Dated: **October 10, 2024**

Dena Coggins
United States District Judge