1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  NOA E. OREN, SBN #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: (916) 498-5700
   Fax: (916) 498-5710
5
   Attorney for Defendant
6  JULIAN RAMIREZ

7                     IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              Case No. 2:24-cr-00139-DC

11              Plaintiff,                 **STIPULATION REGARDING**
                                           **EXCLUDABLE TIME PERIODS UNDER**
12  vs.                                    **SPEEDY TRIAL ACT; FINDINGS AND**
                                           **ORDER**
13  JULIAN RAMIREZ,

14              Defendant.                 DATE:    February 21, 2025
                                           TIME:    9:30 a.m.
15                                         COURT: Hon. Dena M. Coggins

16

17

18          IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19  counsel, Acting U.S. Attorney, Michele Beckwith, through Assistant United States Attorney

20  Haddy Abouzeid, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant

21  Federal Defender Noa E. Oren, attorney for defendant Julian Ramirez, that the previously

22  scheduled status conference date of February 21, 2025, be continued to **April 25, 2025**, at 9:30

23  a.m.

24          The reason for the continuance is that defense counsel was newly appointed to this case on

25  January 3, 2025 and requests additional time to review the produced discovery which includes

26  1,823 Bates Stamped pages as well as body camera footage that total to multiple hours of video.

27  Counsel for defendant believes that failure to grant the above-requested continuance would deny

28  counsel the reasonable time necessary for effective preparation, taking into account the exercise

    of due diligence.

1      For the purpose of commuting time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the

2  parties request that the time period between February 21, 2025 and April 25, 2025, inclusive, be

3  deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would

4  result from a continuance granted by the Court at the defense's request, based on a finding that the

5  ends of justice served by granting the continuance outweighs the best interest of the public and the

6  defendant in a speedy trial.

7

8                                          Respectfully submitted,

9                                          HEATHER E. WILLIAMS
10                                          Federal Defender

11  Dated: February 12, 2025            */s/ Noa E. Oren*
                                           NOA E. OREN
12                                          Assistant Federal Defender
                                           Attorney for Defendant
13                                          JULIAN RAMIREZ

14

15                                          MICHELE BECKWITH
16                                          Acting United States Attorney

17  Dated: February 12, 2025            */s/ Haddy Abouzeid*
18                                        HADDY ABOUZEID
                                         Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the Status Conference set for February 21, 2025 is VACATED and RESET for April 25, 2025, at 9:30 a.m. before the Honorable Dena M. Coggins in Courtroom 8. The time from the date the parties stipulated, up to and including April 25, 2025, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:    **February 13, 2025**                                  _____

Dena Coggins
United States District Judge

3