1  MICHELE BECKWITH
   Acting United States Attorney
2  HADDY ABOUZEID
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00139-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JULIAN RAMIREZ, | DATE: April 25, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena M. Coggins |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 25, 2025.

2. On April 9, 2025, the parties received notification that the Court is no longer available on April 25, 2025.

3. By this stipulation, defendant now moves to continue the status conference until August 8, 2025, and to exclude time between April 25, 2025, and August 8, 2025, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 1,800 pages of documents, numerous photographs, and multiple body-worn camera recordings. All of

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant desires additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 25, 2025 to August 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: April 15, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated: April 15, 2025

/s/ NOA E. OREN
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
JULIAN RAMIREZ

**ORDER**

With the understanding that additional time is needed for ongoing defense preparation, the court finds good cause for a continuance. Accordingly, the Status Conference scheduled for April 25, 2025 is VACATED and RESET for August 8, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between April 25, 2025 and August 8, 2025 inclusive, is deemed excludable under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **April 15, 2025**

Dena Coggins
United States District Judge