HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
JULIAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIAN RAMIREZ,<br><br>　　　　Defendant. | Case No. 2:24-CR-00139-TLN-1<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br><br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant JULIAN RAMIREZ, through their respective attorneys that the release conditions imposed on Mr. Ramirez on May 17, 2024 (Doc. 15) be modified to allow for participation in a mental health treatment program. The parties request to add the following condition to Mr. Ramirez's conditions of release:

N. ***You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.***

The proposed modifications are supported by his Pretrial Services Officer. All other conditions shall remain in force.

//

1  DATED: September 8, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for JULIAN RAMIREZ

DATED: September 8, 2025

ERIC GRANT
United States Attorney

/s *Haddy Abouzeid*
HADDY ABOUZEID
Assistant United States Attorney

Stipulation and [Proposed] Order
to Modify Special Condition of Release

-2-

*United States v. Ramirez*, 2:24-CR-00139-TLN

## ORDER

The following release condition will be added for Mr. Ramirez as follows:

N.  *You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer*

Dated: September 8, 2025

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge