HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JULIAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JULIAN RAMIREZ,<br><br>   Defendant. | Case No.   2:24-cr-139-DC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER**<br><br>DATE:  November 7, 2025<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Haddy Abouzeid, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Noa E. Oren, attorney for defendant Julian Ramirez, that the previously scheduled status conference date of November 7, 2025, be continued to **January 9, 2026**, at 9:30 a.m.

The reason for the continuance is that defense counsel requests additional time to continue her investigation, evaluate issues relevant to mitigation, and follow up with the government regarding the results of her findings. The discovery associated with this case includes investigative reports and related documents in electronic form including over 1,800 pages of documents, numerous photographs, and body-worn camera recordings that total to multiple hours of video. All of this discovery has been either produced directly to counsel and/or

1  made available for inspection and copying. Despite diligent review, additional time is necessary for defense counsel to further analyze this material, consult with her client, and further discuss pretrial resolutions. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

For the purpose of commuting time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 7, 2025 and January 9, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 30, 2025

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
JULIAN RAMIREZ

Date: October 30, 2025

ERIC GRANT
United States Attorney

*/s/ Haddy Abouzeid*
HADDY ABOUZEID
Assistant U.S. Attorneys
Attorneys for Plaintiff

RAMIREZ: Stipulation and [Proposed] Order to Continue Status Conference

-2-

**ORDER]**

The court, having received, read, and considered the parties' stipulation filed October 30, 2025, and good cause appearing therefrom, GRANTS the parties' stipulation. Accordingly, the Status Conference set for November 7, 2025, is VACATED and RESET for January 9, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The court ORDERS the time from the date of the parties' stipulation, up to and including January 9, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 3, 2025**

Dena Coggins
United States District Judge