ERIC GRANT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00139-DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JULIAN RAMIREZ, | DATE: February 20, 2026 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 20, 2026.

2.      By this stipulation, defendant now moves to continue the status conference until March 20, 2026, and to exclude time between February 20, 2026, and March 20, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 1,800 pages of documents, numerous photographs, and multiple body-worn camera recordings comprising several hours of video. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      Despite diligent review, counsel desires additional time to further analyze the discovery material, continue her investigation, evaluate potential mitigation issues, consult with her client, and engage in further discussions regarding possible pretrial resolution.  The parties are actively engaged in discussions that may result in a pretrial disposition.

c)      On February 6, 2026, the government provided defense counsel with a modified plea agreement for consideration.  Defense counsel requires additional time to review the proposed agreement with her client.  Counsel has been out of the office and has been unable to complete that review.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 20, 2026 to March 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  February 12, 2026                    ERIC GRANT
                                             United States Attorney


                                             /s/ HADDY ABOUZEID
                                             HADDY ABOUZEID
                                             Assistant United States Attorney

Dated:  February 12, 2026                    /s/ NOA E. OREN
                                             NOA E. OREN
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JULIAN RAMIREZ

## ORDER

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on February 12, 2026 (Doc. No. 43), and good cause appearing therefore, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for February 20, 2026, is VACATED and RESET for March 20, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between February 20, 2026 and March 20, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **February 17, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4