HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JULIAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN RAMIREZ,<br><br>Defendant. | Case No.   2:24-cr-139-DC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER**<br><br>DATE:   May 1, 2026<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Haddy Abouzeid, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, attorney for defendant Julian Ramirez, that the previously scheduled status conference date of May 1, 2026, be continued to **June 5, 2026**, at 9:30 a.m. The reason for the continuance is that defense counsel recently changed and needs time to get up to speed on the discovery.  The parties have discussed resolutions and based on these discussions, the defense needs to conduct an investigation related to the defendant's safety valve eligibility.

The parties agree the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The parties agree the ends of justice are served by

granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The parties request the time up to and including June 5, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 20, 2026          /s/ Mia Crager
                              MIA CRAGER
                              Assistant Federal Defender
                              Attorney for Defendant
                              JULIAN RAMIREZ

Date: April 20, 2026          ERIC GRANT
                              United States Attorney

                              /s/ Haddy Abouzeid
                              HADDY ABOUZEID
                              Assistant U.S. Attorneys
                              Attorneys for Plaintiff

RAMIREZ: Stipulation and [Proposed]                    -2-
Order to Continue Status Conference

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on April 21, 2026 (Doc. No. 48), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for May 1, 2026, is VACATED and RESET for June 5, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between May 1, 2026 and June 5, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 21, 2026**

_____
Dena Coggins
United States District Judge

RAMIREZ: Stipulation and [Proposed]
Order to Continue Status Conference

-3-