HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JULIAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN RAMIREZ,<br><br>Defendant. | Case No.   2:24-cr-00139-DC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER**<br><br>DATE:   June 5, 2026<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Ross Pearson, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, attorney for defendant Julian Ramirez, that the previously scheduled status conference date of June 5, 2026, be continued to **August 21, 2026**, at 9:30 a.m. The reason for the continuance is that defense counsel needs time to complete her investigation and to discuss possible resolutions with her client. The parties believe that Mr. Ramirez will be ready to enter a plea on August 21, 2026. If Mr. Ramirez does not enter a plea on August 21, 2026, the Government will ask this Court to set a trial.

The parties agree the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due

diligence, as well as continuity of counsel.  The parties agree the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The parties request the time up to and including August 21, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 1, 2026                    /s/ Mia Crager
                                      MIA CRAGER
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JULIAN RAMIREZ


Date: June 1, 2026                    ERIC GRANT
                                      United States Attorney

                                      /s/ Ross Pearson
                                      ROSS PEARSON
                                      Assistant U.S. Attorneys
                                      Attorneys for Plaintiff

RAMIREZ: Stipulation and [Proposed]                    -2-
Order to Continue Status Conference

## **ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on June 1, 2026 (Doc. No. 51), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for June 5, 2026, is VACATED and a Change of Plea or Trial Setting Hearing is SET for August 21, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between June 5, 2026 and August 21, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **June 2, 2026**

_____
Dena Coggins
United States District Judge

RAMIREZ: Stipulation and [Proposed]                -3-
Order to Continue Status Conference