HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorneys for Defendant
JULIAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN RAMIREZ,<br><br>Defendant. | Case No. 2:24-cr-00139-DC-1<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: December 4, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing currently set for December 4, 2026**,** be continued to **February 26, 2027 at 9:30 a.m.** The reason for the requested continuance is that defense counsel needs more time to meet with Mr. Ramirez. Probation and the AUSA agree to the continuance.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

| | |
|---|---|
| Proposed PSR due: | January 15, 2027 |
| Written Objections to PSR due: | January 29, 2027 |
| PSR due: | February 5, 2027 |
| Motion for correction of PSR due: | February 12, 2027 |
| Reply/Non-Opposition due: | February 19, 2027 |

| | |
|---|---|
| Judgment & Sentencing due: | February 26, 2027 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 23, 2026

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
PATRICIA GUIZAR

Date: October 23, 2026

ERIC GRANT
United States Attorney

*/s/ Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorneys
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 23, 2026 (Doc. No. 56), and good cause appearing therefrom, APPROVES *as modified* the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for December 4, 2026, is VACATED and RESET for February 26, 2027 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than January 15, 2027; the parties' informal objections shall be delivered to the Probation Officer no later than January 29, 2027; the final Report shall be submitted no later than February 5, 2027; Formal Objections or any Motion for Correction shall be submitted no later than February 12, 2027; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than February 18, 2027 (opposed to February 19, 2027) by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **October 26, 2026**

Dena Coggins
United States District Judge